UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE MANUEL LARA,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF SANTA CLARA et al,<br><br>        Defendant. | Case Number: CV07-02608 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 19, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joe Manuel Lara F-67511
C.D.C f - 67511
Gf 4-17m.
P.O. Box 9
Avenal, CA 93204

Dated: September 19, 2007

                                        Richard W. Wieking, Clerk
                                        By: Barbara Espinoza, Deputy Clerk