
IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOE MANUEL LARA, | ) | |
| Plaintiff(s), | ) | No. C 07-2608 CRB (PR) |
| v. | ) | ORDER OF DISMISSAL |
| CITY OF SANTA CLARA POLICE DEPARTMENT, et al., | ) | (Doc # 9) |
| Defendant(s). | ) | |

    Plaintiff has filed a "Motion for Voluntary Dismissal." Plaintiff's motion is construed as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1) and, pursuant thereto, the above-captioned matter is DISMISSED without prejudice. See <u>American Soccer Co. v. Score First Enters.</u>, 187 F.3d 1108, 1110 (9th Cir. 1999) (plaintiff's "absolute right" to dismiss his action voluntarily before the defendants serve an answer or a motion for summary judgment leaves no role for the court to play).

    The clerk shall close the file and terminate all pending motions (see doc # 9) as moot.

SO ORDERED.

DATED: Oct. 10, 2007

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.07\Lara, J1.or2.wpd