RECEIVED
AUG 1 9 2008 CRB
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In the civil matter of Joe m Lara case # CO72608 (CRB) I filed a motion for volentary dismissle of the case while in custody "Pro per" I am now ready to proceed with the Law Suite & am requesting that the U.S. Dist court for the northren Dist re activate the case so I can proceed forward I now have abtained an attorney Thank you very much respectfully submitted by

Joe M Lara
872 Gallatin Dr
Apt # 1 Santa Clara
Ca. 95051

Joe Manuel Lara
872 Gallatin Dr Apt 1
Santa Clara, Cg 95051

To= U.S. Dist Ct Clerk
Ca for northern Dist of
16th Floor Room 16/1111
San Francisco, CA 94101