1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
10

JOE MANUEL LARA,                          )
                                                         )
11                      Plaintiff(s),              )                    No. C 07-2608 CRB (PR)
                                                         )
12        v.                                            )                    ORDER
                                                         )
13   CITY OF SANTA CLARA POLICE     )
     DEPARTMENT, et al.,                    )
14                                                       )
                                                         )
15                      Defendant(s).            )
                                                         )
16

17          On October 10, 2007, the above-captioned matter was dismissed without

18   prejudice following plaintiff's filing of a "Motion for Voluntary Dismissal."

19          Plaintiff's recent request to "reactivate the case" is denied.  Plaintiff is free

20   to file a new action, but the instant closed action will remain closed.

21   SO ORDERED.

22   DATED: Nov. 25, 2008

                                                           _____
                                                           CHARLES R. BREYER
23                                                        United States District Judge

24
25
26
27
28        G:\PRO-SE\CRB\CR.07\Lara, J1.or3.wpd